1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13

JUSTIN LOMAKO,                                  )        No. C 07-5087 JSW (PR)
                                                )
                Petitioner,                     )
                                                )        **ORDER OF TRANSFER**
        vs.                                     )
                                                )
CALIFORNIA DEPARTMENT OF                        )
CORRECTIONS AND                                 )
REHABILITATION,                                 )
                                                )
                Respondent.                     )
_____

14

15          Petitioner is a state prisoner currently incarcerated at Corcoran State Prison,

16   located in Corcoran, California, within the venue of the United States District Court for

17   the Eastern District of California.  On October 3, 2007, Petitioner filed this petition

18   regarding his challenge to a prison disciplinary proceeding.  A petition for a writ of

19   habeas corpus made by a person in custody under the judgment and sentence of a state

20   court of a state which contains two or more federal judicial districts may be filed in

21   either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).

22   Each of such districts shall have concurrent jurisdiction to entertain the petition;

23   however, the district court for the district where the petition is filed may transfer the

24   petition to the other district in the furtherance of justice.  *See id.*  However, if the petition

25   is directed to the manner in which a sentence is being executed, e.g., if it involves parole

26   or time credits claims, the district of confinement is the preferable forum.  *See* Habeas

27   L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

28          Petitioner's claims are directed to the execution of sentence, in that they involve a
     credit forfeiture as a result of a prison disciplinary proceeding.  Therefore, this Court will

transfer this action to the United States District Court for the Eastern District of California.  Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED:October 25, 2007

_____

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN LOMAKO,

            Plaintiff,

   v.

DEPARTMENT OF CORRECTIONS AND
REHABILITION et al,

            Defendant.

Case Number: CV07-05087 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Justin Kama Lomako T-45332
P.O. Box 8800
Corcoran, CA 93212

Dated: October 25, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk