RECEIVED
08 JUN -5 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6-1-2008

To: U.S. District Court for the Northern District of California
Attn: Clerk
450 Golden Gate Avenue
San Francisco, C.A. 94102

Dear Sir or Madam,

Please send me a computer generated case history summary for case # CV-07-5087 JSW (PR). My mailing address is written below, thank you.

Justin Lomako T-45322
PBSP B-3-119
PO BOX 7500
CRESCENT CITY, C.A.
95532