7-2-2008

To: U.S. District Court for the
Northern District of California
Attn: Docket Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Sir or Madam,

Please send me a computer generated case summary for the following ~~two~~ (3) cases.

Habeas petition CV-01609 LJO (SMS)

Civil rights complaint C-05-0578-JSW (P.R.) filed on April 4, 2007.

Civil rights complaint C-03-5453 JSW (P.R)

Justin SL

JUSTIN LOMAKO T-45322
PBSP - B-3-119
PO BOX 7500
CRESCENT CITY, CA. 95532

Jutto Lumako T-45322
PBSP B-3-119
P.O. Box 7500
Crescent City, C.A 95532

LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

02 1M
0004217666
MAILED FROM ZIP CODE 95531
UNITED STATES POSTAGE
$ 00.420
PITNEY BOWES
JUL 03 2008

U.S. District Court for the Northern
District of California
Attn: Docket Clerk
450 Golden Gate Avenue
San Francisco, C.A. 94102